In the Matter of the Probate of a Paper Writing Propounded as the Last Will and Testament of MATILDA E. BURNHAM, Deceased.— Motion for stay denied, without costs. Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Trustee, Respondent, v. JOSEPH HUBER, Individually and as Trustee, etc., and Others, Respondents. BONDHOLDERS PROTECTIVE COMMITTEE and Others, Intervenors, Appellants.— Motion denied, without costs. Putnam, Blackmar, Kelly and Jaycox, JJ., concur; Jenks, P. J., not voting.

GEORGE AVERY and ISABELLE AVERY, His Wife, Appellants, v. CHARLES H. ABAJIAN and ELIZABETH ABAJIAN, His Wife, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

WILLIAM BRUNE, Appellant, v. WILHELMINA K. VOM LEHN, Respondent. — Judgment unanimously affirmed, with costs, upon the opinion of Mr. Justice Cropsey at Special Term. [Reported in 112 Misc. Rep. 342.] Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

J. WADSWORTH CARPENTER, Respondent, v. CHESEBRO WHITMAN COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

GRIFFIN P. CORNELL, Respondent, v. TOWN OF BEDFORD, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

VITO GALGANO and JOHN SCOCA, Respondents, v. HENRY BAUER, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concur.

GEORGE HARPER, Respondent, v. THOMAS WORTHINGTON, Appellant.— Judgment and order of the County Court of Westchester county reversed, and a new trial ordered in said court, with costs to abide the event, on the ground of error in the charge respecting the tenor of the plaintiff's testimony. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

MARY HODES, Respondent, v. ANNIE GOLDSTEIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.